

# THE THIRTEENTH COURT OF APPEALS

---

## 13-20-00380-CV

---

## IN THE GUARDIANSHIP OF SHELLEY THOMSON A/KA SHELLEY SUE THOMSON, AN INCAPACITATED PERSON

---

On Appeal from the
County Court at Law of Comal County, Texas
Trial Cause No. 2019GDB0001

---

## <u>JUDGMENT</u>

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion.

Costs of the appeal are adjudged against appellants. Furthermore, no costs shall be assessed against Shelley Thomson, as she filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

January 21, 2021